IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

CHARLES M. BARTON,

    Plaintiff,

vs.            CASE NO.: 8:07-CV-02140-JSM-TGW

CACH, LLC; J.A. CAMBECE
LAW OFFICE, P.C.,

    Defendants.
_____/

*This motion/petition/stipulation has been duly considered and is hereby **GRANTED**, this **17** day of **JANUARY**, 20**08**.*

*s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
U.S. DISTRICT JUDGE

**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

Plaintiff, Charles M. Barton, by and through his undersigned attorney, hereby files this unopposed motion to dismiss the above styled case with prejudice.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been electronically filed with the Clerk of the Federal District Court, Middle District of Florida, Tampa Division, and the clerk has distributed the same to all parties and/or their attorney.

        s/Frederick W. Vollrath
_____
        Frederick W. Vollrath, Esq. - TRIAL COUNSEL
        FBN: 165-812